DMS JEWELRY, INC
21-21 41 AVENUE, #3B
LONG ISLAND CITY, NY 11101
TEL: 718-786-5343
FAX: 718-786-5345

To Whom it may concern,

Please be advised that Anna Tarasenko works at DMS Jewelry, Inc. Her gross weekly salary is 300$. If you have any questions please feel free to contact us.

10/03/2012

Marina Sobianina/President